

# Fourth Court of Appeals
## San Antonio, Texas

January 7, 2015

No. 04-14-00636-CV

**IN RE** Rosa **VIDA**

Original Mandamus Proceeding[1]

### ORDER

On September 9, 2014, relator Rosa Vida filed a petition for writ of mandamus, and on October 27, 2014, an emergency motion for temporary relief. The court has considered relator's petition, the response filed on behalf of the real parties in interest, and the reply filed by the relator and has determined that relator is entitled to the relief requested. Accordingly, the petition for writ of mandamus is CONDITIONALLY GRANTED. TEX. R. APP. P. 52.8(c).

The Honorable Beckie Palomo is ORDERED to enter an order granting relator's plea to the jurisdiction. The writ will issue only if this court is notified that Judge Palomo has failed to enter an order granting relator's plea to the jurisdiction as directed within ten days from the date of this order.

The temporary stay previously granted by this court will remain in effect until Judge Palomo has entered an order granting relator's plea to the jurisdiction.

It is so **ORDERED** on January 7, 2015.

_Karen Angelini_
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of January, 2015.

_Keith E. Hottle_
Keith E. Hottle, Clerk

---

[1] This proceeding arises out of Cause No. 2012-CVT-000773-D3, styled *Luis and Janeth Moreno, et al. v. Mary Help of Christians School, Institute of the Daughters of Mary Help of Christians Salesian Sisters of St. John Bosco, and Rosa Vida*, pending in the 341st Judicial District Court, Webb County, Texas, the Honorable Beckie Palomo, presiding.